JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HERNAN OROZCO, | ) | CASE NO. CV 15-2973-JLS (PJW) |
| Petitioner, | ) | |
| v. | ) | J U D G M E N T |
| AUDREY KING, EXECUTIVE DIRECTOR, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: <u>April 25, 2017</u>.

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\OROZCO.Judgment.wpd